CHRISTIAN J. FRANCIS, Respondent, v. THE CITY OF NEW YORK, Appellant. —Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to $6,000; in which event, the judgment as so reduced and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

THE GERMAN-AMERICAN COFFEE COMPANY, Respondent, v. JOHN O'NEIL, Appellant. . (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

M. HARRY HIRSCH and Another, Copartners, etc., Respondents, v. MAX RADT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.; Scott and Dowling, JJ., dissented.

AGNES DEIS, by HENRY W. KIRALFY, Her Guardian ad Litem, Appellant, v. PHEON CONTRACTING COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.; Clarke, P. J., and Page, J., dissented.

HORTENSE RASTELLO, as Administratrix, etc., Appellant, v. CATHERINE McCRORKEN and Others, Respondents, Impleaded with Others.— Judgments and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

MORRIS ABEL, Appellant, v. ELKA ABEL, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

ALEXANDRIA MELEDIN, as Administratrix, etc., Respondent, v. CARL VIETOR, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

JESSE W. RENO, Respondent, v. FREDERIC BULL and Others, Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

FRANK EPSTEIN, an Infant, by HARRY EPSTEIN, His Guardian ad Litem, Appellant, v. EBLING BREWING COMPANY, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

EDWARD STARR, Respondent, v. ROBERT M. BLEAKIE AND COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

NICHOLAS LATRONICA, Respondent, v. RICHARD CARVEL COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke P. J., Scott, Dowling, Page and Davis, JJ.; Clarke, P. J., and Davis, J., dissented.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. YETTA KELLER and ROSE GOLD, Appellants, Impleaded with Another.— Judgment affirmed. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.